THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFORD JOHNSON,

        Plaintiff,

  v.

LUCKY STRIKE BELLEVUE LLC,

        Defendant.

CASE NO. C19-0179-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and extend case management dates (Dkt. No. 14).[1] Having considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1.     The trial is continued to July 14, 2020 at 9:30 a.m.;
2.     Proposed pre-trial order and motions in limne shall be filed no later than June 30, 2020;
3.     The 39.1 mediation shall be completed no later than April 17, 2020;
4.     Trial briefs shall be filed no later than June 19, 2020;

---

[1] The parties' previous proposed deadlines include a date for jury instructions/voir dire. (Dkt. 10 at 3.) This case, however, is not set for jury trial, and no jury demand has been made to date.

MINUTE ORDER
C19-0179-JCC
PAGE - 1

1     5.    Discovery shall be completed no later than March 6, 2020;

2     6.    Dispositive motions must be filed no later than April 13, 2020.

3     7.    Plaintiffs' expert witnesses shall be disclosed no later than 90 days before the discovery deadline. Defendants' expert witnesses shall be disclosed no later than 60 days before the discovery deadline. Rebuttal expert witnesses shall be disclosed no later than by 30 days before the discovery deadline.

      8.    Exhibit and witness lists shall be provided by June 15, 2020. Objections to the exhibit and witness lists shall be made by June 28, 2020.

The parties may request a status conference in a separate motion.

DATED this 16th day of September 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C19-0179-JCC  
PAGE - 2